*Friday, April 20, 2001*

## MOTION DOCKET

**99–40.   Lincoln v. ANR Advance Transp. Co.**
Montgomery App. No. 16975. This cause is pending before the court as a discretionary appeal. On March 19, 1999, this court stayed further proceedings in this case and ordered appellant to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, *sua sponte*, that appellant file a notice advising this court of the status of the bankruptcy case, within fifteen days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**00–281.   State ex rel. Hisle v. Indus. Comm.**
Franklin App. No. 98AP–1490. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, April 25, 2001*

## MOTION DOCKET

**85–1209.   State v. Scott.**
Cuyahoga App. No. 48609. On April 17, 2001, at the request of the Court of Appeals for Cuyahoga County, this court granted a stay of execution of sentence in this matter to allow the Court of Appeals time to thoroughly and completely address the issues on appeal in the Court of Appeals. The Court of Appeals filed and journalized its Journal Entry and Opinion on April 20, 2001, and also filed a copy of its decision with the Clerk of this court as required by the order of April 17, 2001.

IT IS ORDERED by the court, *sua sponte*, that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 15th day of May, 2001, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas for Cuyahoga County.

PFEIFER, J., dissents.

COOK, J., dissents and would order that the execution be carried out forthwith.

## MISCELLANEOUS DISMISSALS

**99–1242.   Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 98–308–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; and that a mandate be sent to the Public Utilities Commission of Ohio to carry this judgment into execution; and that a copy of this entry be certified to the Public Utilities Commission of Ohio for entry.